UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kong Meng Vang,

    Petitioner,

v.

Jeff Sessions, U.S. Attorney General;
U.S. Attorney General; John Kelly,
Secretary of the Department of Homeland
Security; Sarah Saldana, ICE Director;
Headquarters Removal and International
Operations, (HQ/RIO); James Olson,
Warden of Carver County jail, Carver
County Sheriff; and Scott Beniecke, St.
Paul ICE Field Director,

    Respondents.

Civ. No. 17-1676 (SRN/BRT)

**ORDER**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated October 2, 2017 [Doc. No. 14]. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

    1. Vang's Petition for a Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 20, 2017						s/Susan Richard Nelson
								SUSAN RICHARD NELSON
								United States District Judge